SHIRLEY MEYERS v. ELECTRO-STATIC FINISHING, INC., AND ANOTHER.

237 N. W. 2d 617.

December 26, 1975—No. 46016.

*Meagher, Geer, Markham, Anderson, Adamson, Flaskamp & Brennan, Mary Jeanne Coyne,* and *O. C. Adamson II,* for relators.

*Mahoney, Dougherty & Mahoney, Kenneth Gleason,* and *Richard P. Mahoney,* for respondent.

ORDER

Upon all the files, records, and proceedings herein,

It Is Hereby Ordered and Directed that the writ of certiorari be quashed on the basis that the petition was untimely in that all remedies existing under Minn. St. c. 176 have not been exhausted by relators. Minn. St. 176.241.

Dated: December 26, 1975.

By the Court:

JOHN J. TODD

Associate Justice